UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AMID/METRO PARTNERSHIP, LLC** | * | **CIVIL ACTION NO.:  12-508** |
| | * | |
| **V.** | * | **SECTION: "L"** |
| | * | |
| **RIVER BIRCH, INC., HIGHWAY 90, LLC,** | * | |
| **FREDERICK R. HEEBE, AND** | * | |
| **ALBERT J. WARD, JR.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, AMID/Metro

Partnership, LLC ("AMID/Metro"), which files this Notice of Voluntary Dismissal, Without

Prejudice, Pursuant to Rule 41(a)(1)(A)(i) and voluntary dismisses the above-captioned federal

proceeding, without prejudice.  AMID/Metro states that no answer or motion for summary

judgment has been filed by defendants in this case.  Only the Complaint (Doc. 1) and a Joint

Motion to Stay (Doc. 4) have been filed in this case, which has been stayed and administratively

closed since March 19, 2012 (Doc. 5).  There has been no prior dismissal in any court of the

United States or of any state action based on the same claims set forth by AMID/Metro in its

Complaint in this case.  In fact, AMID/Metro has filed a similar lawsuit against defendants in

Orleans Parish Civil District Court, entitled *AMID/Metro Partnership, LLC v. River Birch, Inc.,*

*Highway 90, LLC, Frederick P. Heebe, and Albert Ward, Jr.,* No. 2012-1776, which remains

pending and, therefore, the dismissal without prejudice of this federal proceeding will avoid a

multiplicity of actions and prevent any undue burden on the parties and the Court in this case.

Accordingly, for all the reasons set forth above, please take notice that plaintiff, AMID/Metro, dismisses this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  This dismissal is specifically "without prejudice" and is not on the merits.  The clerk of the above-established court is respectfully requested to enter this dismissal, without prejudice, in the records of this Honorable Court.

Respectfully submitted,

Adams and Reese, LLP

 /s/ Scott E. Delacroix
Scott E. Delacroix, T.A. (#4823)
E. Gregg Barrios (#20096)
Christopher J. Kane (#29282)
701 Poydras Street, Suite 4500
New Orleans, LA  70139
Telephone:  (504) 581-3234
Fax:  (504) 566-0210
*Attorneys for Plaintiff,*
*AMID/Metro Partnership, LLC*